Marc S. Dreier (MD 9713)
Ira S. Sacks (IS 2861)
Mark S. Lafayette (ML 4256)
Safia A. Anand (SA 2386)
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                   :

ANYWHERECD, LLC,                     :

                                                   :      Civil Action No.: 07 CV 3167
                     Plaintiff,       :

          -against-                    :      **RULE 7.1 STATEMENT**

                                                   :
WARNER MUSIC INC. and WARNER MUSIC  :
GROUP CORP.,
                                                   :

                    Defendants.    :
-------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Plaintiff AnywhereCD, LLC (a private non-governmental party) certifies that no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
          April 20, 2007                       Respectfully submitted,

                                               s/ Ira S. Sacks_____
                                             Ira S. Sacks (IS 2861)
                                             Marc S. Dreier (MD 9713)
                                             Mark S. Lafayette (ML 4256)
                                             Safia A. Anand (SA 2386)
                                             Dreier LLP
                                             499 Park Avenue
                                             New York, NY 10022
                                             (212) 328-6100
                                             Attorneys for Plaintiff