Marc S. Dreier (MD 9713)
Ira S. Sacks (IS 2861)
Mark S. Lafayette (ML 4256)
Safia A. Anand (SA 2386)
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
ANYWHERECD, LLC,                                              :
                                                              :     Civil Action No. 07 CV 3167
                            Plaintiff,                        :
                                                              :
            -against-                                         :
                                                              :
                                                              :
WARNER MUSIC INC. and WARNER MUSIC                            :
GROUP CORP.,                                                  :     CERTIFICATE OF SERVICE
                                                              :
                            Defendants.                       :
-------------------------------------------------------------x

　　　　Ira S. Sacks, a member of the bar of this Court, hereby swears under penalty of perjury, that I served and caused to be served by hand and by electronic means on April 20, 2007, copies of the Civil Action Cover Sheet, Summons, Complaint and Rule 7.1 Statement, on Orin Snyder, Gibson Dunn & Crutcher LLP, 200 Park Ave., 47th floor, NY, NY 10166-0193, known to me to be counsel for all defendants herein, and who represented to me that he was authorized to accept service of the complaint and related papers.          .

Dated: New York, New York
　　　　April 23, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　  s/ Ira S Sacks
　　　　　　　　　　　　　　　　　　　　　　　　　　Ira S. Sacks

{00247079.DOC;}