```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ANYWHERE CD, LLC,  :  07 Civ. 3167 (SHS)
                                                              And Consolidated Case: 07 Civ. 3212 (SHS)
                 Plaintiff,  :

         -against-  :  <u>ORDER</u>

WARNER MUSIC INC., *ET ANO*.,  :

               Defendants.  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that

      1.    Interrogatories and document demands shall be responded to within 20 days after receipt; and

      2.    Discovery on the declaratory judgment claims shall be completed within 60 days from today.

Dated: New York, New York
       April 25, 2007

                                           SO ORDERED:

                                           Sidney H. Stein, U.S.D.J.