USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANYWHERECD, LLC,

        Plaintiff,

v.

WARNER MUSIC INC. and WARNER MUSIC
GROUP CORP.,

        Defendants.

No. 07 Civ. 3167 (SHS)

------------------------------------x
------------------------------------x

WARNER BROS. RECORDS INC., ATLANTIC
RECORDING CORPORATION, ELEKTRA
ENTERTAINMENT GROUP INC. and WARNER
MUSIC INC.,

        Plaintiffs,

v.

ANYWHERECD LLC,

        Defendant.

No. 07 Civ. 3212 (SHS)

------------------------------------x

## STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER, PLEAD OR OTHERWISE MOVE

The parties hereto, by and through their respective counsel, hereby stipulate and agree that Plaintiffs in each action and Defendants in each action are granted an extension of 7 calendar days, from May 10 to May 17, within which to answer, plead or otherwise move in response to the Complaints in both actions.

No such extensions have previously been granted.

Dated: May 9, 2007

Cynthia S. Arato (CA 8350)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York, 10166

Attorneys for Warner Bros. Records Inc., Atlantic Recording Corporation, Elektra Entertainment Group Inc., Warner Music Inc., and Warner Music Group Corp.

Dated: May 9, 2007

Ira S. Sacks (IS 2861)
DREIER LLP
499 Park Avenue
New York, New York 10022

Attorneys for AnywhereCD, LLC

IT IS SO ORDERED.

Dated: May 10, 2007

By: _____
Hon. Sidney H. Stein
United States District Judge

100221507_1.doc

2